AO 442 (REV. 12/85 Warrant for A___)

# UNITED STATES DISTRICT COURT
## Eastern District of North Carolina

UNITED STATES OF AMERICA

v.

KENNETH ROSENBORO

WARRANT FOR ARREST

05 - 0321M - 01

CASE NO. 5:03-HC-539-BR

To: The United States Marshal and any Authorized United States Office

YOU ARE HEREBY COMMANDED to arrest Kenneth Rosenboro

and bring him or her forthwith in compliance with order

__X__ Order Of Court

CHARGING HIM OR HER WITH (Brief description of offense).

FAILURE TO COMPLY WITH THE CONDITIONS OF HIS CONDITIONAL RELEASE

In violation of Title _18_ United States Codes, Section(s) _4246(f)_

**RECEIVED U.S. MARSHALS APR 1 2 2005 Eastern North Carolina**

**FILED MAY 2 7 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

| FRED L. BORCH III | Clerk |
| --- | --- |
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer / Deputy Clerk

April 12, 2005 - Raleigh, NC

Date and Location

RECOMMENDED:
Bail fixed at $ DETENTION

By: U.S. ATTORNEY

Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at:

333 Const Ave NW
WDC 20001

5/26/05
Date Received

5/27/05
Date of Arrest

Darlene Dodd
Name and Title of Arresting Officer (signature)

DUSM

IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-HC-539-BR

FILED
APR 4 2005

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) ORDER FOR REVOCATION OF |
| | ) CONDITIONAL RELEASE |
| KENNETH ROSENBORO, | ) |
| Respondent. | ) |

Upon motion of the government that respondent has violated the conditions of his release, and upon finding probable cause to believe that respondent has failed to comply with his prescribed regimen of treatment, the court hereby ORDERS that, pursuant to 18 U.S.C. § 4246(f), a bench warrant issue and respondent be immediately taken into custody. Kenneth Rosenboro is currently under the supervision of the United States Probation Office for the District of Columbia. The United States Marshal is directed to bring him forthwith to this district for all necessary hearings. It is recommended that respondent be housed at the Federal Medical Complex, Butner, North Carolina, until a final order in this matter issues. The United States Marshal is further directed to notify this Court of respondent's arrival in

this district, as a hearing will then be set to determine whether respondent should be remanded to a suitable facility.

This the 4 day of April, 2005.

_____
W. EARL BRITT
Senior United States District Judge

I certify the foregoing to be a true and correct copy of the original.
Fred L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
BY _____
Deputy Clerk



FILED
MAR 3 1 2005

IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-HC-539-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MOTION FOR REVOCATION OF |
| ) | CONDITIONAL RELEASE |
| KENNETH ROSENBORO, ) | |
| ) | |
| Respondent. ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests revocation of Kenneth Rosenboro's conditional release for the following reasons.

The respondent was ordered conditionally released pursuant to 18 U.S.C. § 4246 on February 15, 2005. Based on information contained in the attached letter by U. S. Probation Officer Brian D. Shaffer, the Government believes the respondent has violated and will continue to violate his conditions of release.

Therefore, pursuant to 18 U.S.C. § 4246(f) the Government requests that this Court issue an immediate arrest warrant ordering that the respondent be brought before the Court so that a hearing can be held to determine whether he should be remanded to a suitable facility on the ground that his continued release would create a substantial risk of bodily injury to another person or serious damage to property of another. It is

recommended that respondent be housed at the Federal Correctional Complex at Butner, North Carolina, until the time for hearing.

WHEREFORE, the United States respectfully requests this Honorable Court issue an order of revocation of conditional release and for immediate arrest for all of the foregoing reasons.

Respectfully submitted this 31st day of March, 2005.

FRANK D. WHITNEY
United States Attorney

By: _____
R. A. RENFER, JR.
Assistant United States Attorney
Chief, Civil Division
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 31st day of March, 2005, served a copy of the foregoing Motion for Revocation of Conditional Release upon the below-listed party by placing in the U. S. Mails, addressed as follows:

> Office of the Federal Public Defender
> Eastern District of North Carolina
> 150 Fayetteville Street Mall
> Suite 450
> Raleigh, NC 27601.

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA
### PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

March 30, 2005

R.A. Renfer, Civil Chief
United States Attorney's Office
Eastern District of North Carolina
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461.

Re:   ROSENBORO, Kenneth
      Dkt. No.: 5:03-HC-539-BR
      **VIOLATION REPORT/TERMINATION OF CONDITIONAL RELEASE**

Dear Mr. Renfer:

This correspondence is submitted to inform the United States Attorney's Office, Eastern District of North Carolina, Kenneth Rosenboro is allegedly in violation of his conditions of release pursuant to 18 U.S.C. § 4246(e), and his current whereabouts are unknown.

By way of review, on September 2, 2003, Kenneth Rosenboro was committed to the custody and care of the Attorney General pursuant to U.S.C. § 4246. On February 28, 2005, The Honorable W. Earl Britt, United States District Judge for the Eastern District of North Carolina, approved the conditional release of Kenneth Rosenboro. On March 9, 2005, Mr. Rosenboro was released from FCI Butner, North Carolina, to commence conditional release. Supervision services were assumed by the United States Probation Office, District of Columbia, on March 10, 2005.

Kenneth Rosenboro committed the following alleged violations of his conditional release:

1.   *Condition No. 2: Kenneth Rosenboro failed to report to the probation office, as instructed, on March 15, 2005, and his current whereabouts are unknown.*

ROSENBORO, Kenneth
Dkt. No.: 5:03-HC-539-BR
Page 2

Mr. Rosenboro originally reported to the probation office on March 11, 2005. Mr. Rosenboro met with Supervising U.S. Probation Officer, Anthony Hill. Mr. Rosenboro was instructed by Mr. Hill to abide by his conditions of release and return to the probation office on March 15, 2005, at 2:00 p.m.

Mr. Rosenboro failed to return to the probation office on March 15, 2005. On March 24, 2005, contact was initiated with staff members at Mr. Rosenboro's release residence, CCNV, Washington, D.C. Staff officials advised Mr. Rosenboro left the facility on or about March 21, 2005, and his current whereabouts are unknown.

2. *Condition No. 3: Kenneth Rosenboro failed to report for mental health counseling, at Green Door, Washington, D.C., on March 17, 2005.*

Mr. Rosenboro originally reported to Green Door Mental Health Program on March 9, 2005, and met with his case manager, Mr. Gary Still. Mr. Still instructed Mr. Rosenboro to return to Green Door on March 17, 2005, to continue planning his mental health outpatient program. Telephonic contact with Mr. Still revealed Mr. Rosenboro failed to return to Green Door on March 17, 2005, and his current whereabouts are unknown. As of March 25, 2005, Mr. Rosenboro made no additional attempts to contact Green Door or the probation office.

Mr. Rosenboro's whereabouts are unknown and he has not followed through with mental health counseling. A query through local law enforcement produced no recent arrest information. Given Mr. Rosenboro's immediate violations, we recommend termination of his conditional release and the issuance of a warrant for his arrest. Should you require additional information, please contact me at (202) 565-1338.

Sincerely,

UNITED STATES PROBATION OFFICE

Brian D. Shaffer
Senior U.S. Probation Officer
(202) 565-1338

3/30/2005

Enclosure(s)

fax: 202-208-3544