United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 6/16/05

Nancy Mayer-Whittington
Clerk of the Court



United States Courthouse
Post Office Box 25670
Raleigh, NC 27611-5670

RE: Mag.No: 05-321-01
Kenneth Rosenboro

Dear Clerk of the Court:

  Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | PR Bond | | |
| X | Other: Blotter dated 5/27/05. | | |

  Please acknowledge receipt of the above documents on the enclosed copy of this letter.

            Sincerely yours,

            Nancy Mayer-Whittington,
            Clerk of the Court

            By: _____
               Deputy Clerk